RICOH COMPANY, LTD.,
Plaintiff–Appellant,

v.

ASUSTEK COMPUTER INC. and
ASUS Computer International,
Defendants–Appellees,

and

Quanta Computer Inc., Quanta Stor-
age, Inc., and Quanta Computer
USA, Inc., Defendants,

and

NU Technology, Inc., Defendant,

and

Business Line Data, Philips Optical
Storage, and Philips Taiwan,
Ltd., Defendants.

No. 2007–1374.

United States Court of Appeals,
Federal Circuit.

Nov. 13, 2008.

Ronald S. Lemieux, Vidya R. Bhakar,
Michael N. Edelman, Paul, Hastings, Ja-
nofsky & Walker, Palo Alto, CA, for De-
fendants–Appellees.

Alan M. Grimaldi, Howrey LLP, Wash-
ington, DC, for Business Line Data, Phil-
ips Optical Storage, Philips Taiwan, Ltd.

Todd G. Smith, Lafollette, Godfrey &
Kahn, Madison, WI, for NU Technology,
Inc.

Peter James Wied, Paul, Hastings, Ja-
nofsky & Walker, Los Angeles, CA, for

Quanta Computer Inc., Quanta Storage, Inc., Quanta Computer USA, Inc.

John C. Rozendaal, Richard H. Stern, Mark C. Hansen, Michael E. Joffre, Kellogg, Huber, Hansen, Todd, Washington, DC, Ivan S. Kavrukov, Cooper & Dunham, LLP, New York, NY, for Plaintiff–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).